**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **TIEN LE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-8-449 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER THEREON** |
| **TIEN LE**, et al. ) | |
| ) | |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for November 10, 2008 may be continued to February 9, 2009 at 8:30 a.m. This matter involves five defendants, most of whom require the services of an interpreter, significant discovery and the need for investigation.

It is further stipulated that the time between November 10, 2008 and February 9, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated:  November 7, 2008                                                  Dated:  November 7, 2008


 / s / Steven D. Bauer                                                            /s/ Benjamin D. Galloway
**STEVEN D. BAUER**                                                       **BENJAMIN D. GALLOWAY**

(Additional signatures and Order on Following Page)

1 | Dated: November 7, 2008                                  Dated: November 7, 2008

2

3 | / s / Emmet Mahle                                                / s / Dan Koukol
**EMMET MAHLE**                                           **DAN KOUKOL**

4

5 | Dated: November 7, 2008

6 | / s / Michael Chastaine
**MICHAEL CHASTAINE**

7

8 | Dated: November 7, 2008

9

10 | / s / Heiko Coppola
**HEIKO COPPOLA**

11

12 | For Good Cause Appearing

13 | **IT IS SO ORDERED**

14

15 | Dated: November 7, 2008

16

17 | WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28