1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  101 Parkshore Drive, Suite 100
   Folsom, CA 95630
3  Telephone: 916-732-7150

4  Attorney for Minh Vinh Le

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:08 CR 0449 WBS |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| TONY QUY LE, HUNG THE LE, TIEN THE LE, MINH VINH LE, and CUONG THE LE, ) | |
| Defendants. ) | |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, Joe Wiseman, attorney for Tony Quy Le, Alice Wong, attorney for Hung The Le, Steven Bauer, attorney for Tien The Le, Dan Koukol, attorney for Cuong The Le, and Michael Chastaine, attorney for Minh Vinh Le, that the status conference set for Monday, February 9, 2009 at 8:30 am., should be continued until March 30, 2009 at 8:30 a.m.  The continuance is necessary as all counsel are engaged in ongoing preparation, awaiting outstanding discovery, and all defense counsel are continuing to engage in negotiations with the government.

IT IS STIPULATED that it would be appropriate to continue the currently scheduled status conference from February 9, 2009 at 8:30 a.m. to March 30, 2009 at 8:30 a.m.  Further, that time is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4, for ongoing preparation of counsel.

                                        Respectfully submitted,

Dated: February 4, 2009        By: ____/s/ Michael Chastaine
                                          MICHAEL CHASTAINE
                                          Attorney for Minh Vinh Le

Dated: February 4, 2009        By: ____/s/ Joe Wiseman
                                          JOE WISEMAN
                                          Attorney for Tony Quy Le

Dated: February 4, 2009        By: ____/s/ Alice Wong
                                          ALICE WONG
                                          Attorney for Hung The Le

Dated: February 4, 2009        By: ____/s/ Steven Bauer
                                          STEVEN BAUER
                                          Attorney for Tien The Le

Dated: February 4, 2009        By: ____/s/ Dan Koukol
                                          DAN KOUKOL
                                          Attorney for Cuong The Le

Dated: February 4, 2009        LAWRENCE G. BROWN
                                        United States Attorney

                                        By: ___/s/ Heiko Coppola
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney

<u>ORDER</u>

UPON GOOD CAUSE SHOWN and the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference presently set for February 9, 2009 at 8:30 a.m. be continued to March 30, 2009 at 8:30 a.m. and that the period from February 9, 2009 to March 30, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE