**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **TIEN LE**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-08-449 WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER THEREON** |
| **TIEN LE**, et al. ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for May 18, 2009 may be continued to July 13, 2009 at 8:30 a.m. This matter involves five defendants, most of whom require the services of an interpreter, significant discovery and the need for investigation. Settlement negotiations have been undertaken

It is further stipulated that the time between May 18, 2009 and July 13, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated:  May 15, 2009                                    Dated:  November 7, 2008


/ s / Steven D. Bauer                              / s / Joseph Wiseman
**STEVEN D. BAUER**                              **JOSEPH WISEMAN**

(Additional signatures and Order on Following Page)

Dated:  May 15, 2009                          Dated:  May 15, 2009


/ s / Alice Wong                              / s / Dan Koukol
**ALICE WONG**                                **DAN KOUKOL**

Dated:  May 15, 2009                          Dated:  May 15, 2009


/ s / William J. Portanova                    / s / Heiko Coppola
**WILLIAM J. PORTANOVA**                      **HEIKO COPPOLA**

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: May 15, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE