ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
HUNG LE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>HUNG LE, et al<br>　　　　　　　Defendants | CR. No. 2: 08-CR-00449-WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME<br><br>Hon. William B. Shubb |

　　　　The parties request that the status conference currently set for July 13, 2009 at 8:30 a.m. be continued to August 31, 2009 at 8:30 a.m in Courtroom 5.  This matter involves five defendants, most of whom require the services of an interpreter, significant discovery and the need for investigation.  Settlement negotiations have been undertaken.

　　　　It is further stipulated that the time between July 13, 2009 and August 31, 2009 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence.  18 USC § 3161(h)(7)(B)(iv).

In particular, counsel for both parties require more time to consider and investigate information that may be relevant to their case and sentencing and to negotiate an appropriate disposition.   The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 USC § 3161(h)(7)(A).

IT IS SO STIPULATED:

DATED:      July 9, 2009          /s/      Alice Wong
                                  ALICE WONG

DATED:      July 9, 2009          /s/      Dan Koukol
                                  DAN KOUKOL

DATED:      July 9, 2009          /s/      William Portanova
                                  WILLIAM PORTANOVA

DATED:      July 9, 2009          /s/      Joseph Wiseman
                                  JOSEPH WISEMAN

DATED:      July 9, 2009          /s/      Steven Bauer
                                  STEVEN BAUER

DATED:      July 9, 2009          /s/      Heiko Coppola
                                  HEIKO COPPOLA
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE