LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-0449 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~[PROPOSED]~~ |
| | ) | ORDER TO EXCLUDE TIME |
| TONY Q. LE, et.al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     The parties request that the status conference in this case be continued from August 31, 2009 to October 19, 2009 at 8:30 a.m.  They stipulate that the time between August 31, 2009 and October 19, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, this case involved five defendant, most whom require the services of an interpreter.  Defense counsel are still reviewing the discovery in the case and performing

1

investigation in this matter.  Additionally, Defense Counsel
Linsay Weston was recently appointed to represent Defendant Tien
Le, replacing Mr. Bauer, and will need additional time to become
familiar with the case and perform her own investigation in the
matter.  All defense counsel need additional time to confer with
each other and review a proposed settlement offer from the

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

government with the defendants.  The parties stipulate and agree
that the interests of justice served by granting this continuance
outweigh the best interests of the public and the defendant in a
speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,


                                    LAWRENCE G. BROWN
                                    United States Attorney

DATE: August 28, 2009        By:   /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney


DATE: August 28, 2009               /s/ Joseph Wiseman
                                    JOSEPH WISEMAN
                                    Attorney for Defendant Tony Le

                                     /s/ Dan Koukol
                                    DAN KOUKOL
                                    Attorney for Defendant Cuong
                                    Le

                                     /s/ Alice W. Wong
                                    ALICE W. WONG
                                    Attorney for Defendant Hung Le

                                     /s/ William Portanova
                                    WILLIAM PORTANOVA
                                    Attorney for Defendant Minh Le

                                     /s/ Lindsay Weston
                                    LINDSAY WESTON
                                    Attorney for Defendant Tien Le




                                    **SO ORDERED.**

DATE:  August 28, 2009

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE