ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
501 S STREET, SUITE TWO
SACRAMENTO, CA 95811
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
HUNG LE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br>    v.<br><br>HUNG LE, et al<br>                    Defendants | CR. No. 2: 08-CR-00449-WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME<br><br>Hon. William B. Shubb |

The parties request that the status conference currently set for October 19, 2009 at 8:30 a.m. be continued to December 7, 2009 at 8:30 a.m in Courtroom 5.  This matter involves five defendants, most of whom require the services of an interpreter, significant discovery and the need for investigation.  Settlement negotiations have been undertaken.

It is further stipulated that the time between August 31, 2009 and December 7, 2009 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence.  18 USC § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel are still reviewing the discovery in the case and performing

investigation in this matter. Additionally, defense counsel Linsay Weston who was recently appointed to represent Defendant Tien Le, replacing Mr. Bauer, continues to need additional time to become familiar with the case and perform her own investigation in this matter. All defense counsel need additional time to confer with each other and review a pending proposed settlement offer from the government with the defendants.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC § 3161(h)(7)(A).

IT IS SO STIPULATED:

DATED:     October 15, 2009       /s/     Alice Wong
                                  ALICE WONG

DATED:     October 15, 2009       /s/     Dan Koukol
                                  DAN KOUKOL

DATED:     October 15, 2009       /s/     William Portanova
                                  WILLIAM PORTANOVA

DATED:     October 15, 2009       /s/     Joseph Wiseman
                                  JOSEPH WISEMAN

DATED:     October 15, 2009       /s/     Steven Bauer
                                  STEVEN BAUER

DATED:     October 15, 2009       /s/     Heiko Coppola
                                  HEIKO COPPOLA
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED:     October 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE