1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   portanova@thelawoffices.com
4
   Attorney for Minh Vihn Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO.  2:08-CR-00449-WBS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| HUNG LE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned parties hereby stipulate and request that the status conference currently set for December 7, 2009 at 8:30 a.m. be continued to February 1, 2010 at 8:30 a.m.

This continuance is necessary to allow all counsel to meet and confer with the United States Attorney's Office to discuss potential resolution of this matter.

It is further stipulated that the time between December 7, 2009 and February 1, 2010 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

//

//

**IT IS SO STIPULATED:**

DATED: December 3, 2009              /s/ Alice Wong
                                      ALICE WONG
                                      Attorney for Defendant Hung Le

DATED: December 3, 2009              /s/ Dan Koukol
                                      DAN KOUKOL
                                      Attorney for Defendant Coung The Le

DATED: December 3, 2009              /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
                                      Attorney for Defendant Minh Vinh Le

DATED: December 3, 2009              /s/ Lindsay Weston
                                      LINDSAY WESTON
                                      Attorney for Defendant Tien The Le

DATED: December 3, 2009              /s/ Joseph Wiseman
                                      JOSEPH WISEMAN
                                      Attorney for Defendant Tony Quy Le

DATED: December 3, 2009              /s/ Heiko Coppola
                                      HEIKO COPPOLA
                                      Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:   December 3, 2009**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -