1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   portanova@thelawoffices.com
4
   Attorney for Minh Vihn Le
5

6

7

8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )   CASE NO.  2:08-CR-00449-WBS
12                                    )
                Plaintiff,            )
13                                    )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING STATUS
14      v.                            )   CONFERENCE AND EXCLUDING
                                      )   TIME
15  HUNG LE, et al.                   )
                                      )
16              Defendants.           )
   _____)
17

18      The undersigned parties hereby stipulate and request that the status conference currently

19  set for February 1, 2010 at 8:30 a.m. be continued to March 22, 2010 at 8:30 a.m.

20      This continuance is necessary to allow all counsel to meet and confer with the United

21  States Attorney's Office to discuss potential resolution of this matter.

22      It is further stipulated that the time between February 1, 2010 and March 22, 2010 be

23  excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the

24  ends of justice are served by the Court excluding such time so that the counsel for each party

25  may have reasonable time necessary for investigation and effective preparation taking into

26  account the exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

27  //

28  //

**IT IS SO STIPULATED:**

DATED: January 27, 2010                    /s/ Alice Wong
                                           ALICE WONG
                                           Attorney for Defendant Hung Le

DATED: January 27, 2010                    /s/ Dan Koukol
                                           DAN KOUKOL
                                           Attorney for Defendant Coung The Le

DATED: January 27, 2010                    /s/ William J. Portanova
                                           WILLIAM J. PORTANOVA
                                           Attorney for Defendant Minh Vinh Le

DATED: January 27, 2010                    /s/ Lindsay Weston
                                           LINDSAY WESTON
                                           Attorney for Defendant Tien The Le

DATED: January 27, 2010                    /s/ Joseph Wiseman
                                           JOSEPH WISEMAN
                                           Attorney for Defendant Tony Quy Le

DATED: January 27, 2010                    /s/ Heiko Coppola
                                           HEIKO COPPOLA
                                           Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:** January 29, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -