1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   portanova@thelawoffices.com
4
   Attorney for Minh Vihn Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO.   2:08-CR-00449-WBS** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| HUNG LE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned parties hereby stipulate and request that the status conference and defendant Tony Le's pending Motion to Suppress and Motion for Franks Hearing currently set for March 22, 2010 at 8:30 a.m. be continued to May 24, 2010 at 8:30 a.m.

This continuance is necessary to allow all counsel to meet and confer with the United States Attorney's Office to discuss potential resolution of this matter.

It is further stipulated that the time between March 22, 2010 and May 24, 2010 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

//

//

**IT IS SO STIPULATED:**

DATED: March 17, 2010                 /s/ Alice Wong
                                      ALICE WONG
                                      Attorney for Defendant Hung Le

DATED: March 17, 2010                 /s/ Dan Koukol
                                      DAN KOUKOL
                                      Attorney for Defendant Coung The Le

DATED: March 17, 2010                 /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
                                      Attorney for Defendant Minh Vinh Le

DATED: March 17, 2010                 /s/ Lindsay Weston
                                      LINDSAY WESTON
                                      Attorney for Defendant Tien The Le

DATED: March 17, 2010                 /s/ Joseph Wiseman
                                      JOSEPH WISEMAN
                                      Attorney for Defendant Tony Quy Le

DATED: March 17, 2010                 /s/ Heiko Coppola
                                      HEIKO COPPOLA
                                      Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:   March 17, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE