WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
portanova@thelawoffices.com

Attorney for Minh Vihn Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.  2:08-CR-00449-WBS** |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| HUNG LE, et al. ) | |
| Defendants. ) | |

The undersigned parties hereby stipulate and request that the status conference currently set for July 12, 2010 at 8:30 a.m. be continued to September 20, 2010 at 8:30 a.m.

This continuance is necessary to allow all counsel to meet and confer with the United States Attorney's Office to discuss potential resolution of this matter, and for the defense to review additional discovery provided by the government.

It is further stipulated that the time between July 12, 2010 and September 20, 2010 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

//

**IT IS SO STIPULATED:**

DATED: July 6, 2010                              /s/ Alice Wong
                                                 ALICE WONG
                                                 Attorney for Defendant Hung Le

DATED: July 6, 2010                              /s/ Dan Koukol
                                                 DAN KOUKOL
                                                 Attorney for Defendant Coung The Le

DATED: July 6, 2010                              /s/ William J. Portanova
                                                 WILLIAM J. PORTANOVA
                                                 Attorney for Defendant Minh Vinh Le

DATED: July 6, 2010                              /s/ Lindsay Weston
                                                 LINDSAY WESTON
                                                 Attorney for Defendant Tien The Le

DATED: July 6, 2010                              /s/ Joseph Wiseman
                                                 JOSEPH WISEMAN
                                                 Attorney for Defendant Tony Quy Le

DATED: July 6, 2010                              /s/ Heiko Coppola
                                                 HEIKO COPPOLA
                                                 Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:   July 8, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE