1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   portanova@thelawoffices.com
4
   Attorney for Minh Vihn Le
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )   **CASE NO.   2:08-CR-00449-WBS**
12                                  )
                  Plaintiff,        )
13                                  )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING STATUS**
14       v.                         )   **CONFERENCE AND EXCLUDING**
                                    )   **TIME**
15  HUNG LE, et al.                 )
                                    )
16                Defendants.       )
   _____)
17

18       The undersigned parties hereby stipulate and request that the status conference currently

19  set for November 15, 2010 at 8:30 a.m. be continued to December 20, 2010 at 8:30 a.m.

20       This continuance is necessary to allow all counsel to meet and confer with the United

21  States Attorney's Office to discuss potential resolution of this matter, and for the defense to

22  review additional discovery provided by the government.

23       It is further stipulated that the time between November 15, 2010 and December 20, 2010

24  be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the

25  ends of justice are served by the Court excluding such time so that the counsel for each party may

26  have reasonable time necessary for investigation and effective preparation taking into account the

27  exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

28  //

The parties stipulate that that the ends of justice served by granting the continuance outweigh the best interests of the defendants and the public in a speedy trial.

**IT IS SO STIPULATED:**

DATED: November 12, 2010 /s/ Alice Wong
ALICE WONG
Attorney for Defendant Hung Le

DATED: November 12, 2010 /s/ Dan Koukol
DAN KOUKOL
Attorney for Defendant Coung The Le

DATED: November 12, 2010 /s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant Minh Vinh Le

DATED: November 12, 2010 /s/ Lindsay Weston
LINDSAY WESTON
Attorney for Defendant Tien The Le

DATED: November 12, 2010 /s/ Joseph Wiseman
JOSEPH WISEMAN
Attorney for Defendant Tony Quy Le

DATED: November 12, 2010 /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:  November 12, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE