**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**TONY LE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR  08 - 449 WBS |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO ALLOW DEFENDANT'S RELEASE TO ATTEND FUNERAL** |
| vs. | |
| TONY LE, | |
| Defendant. | |

The undersigned parties hereby stipulate and request that the defendant, TONY LE ("Le") be released on August 11, 2011, at 10:00 a.m. to 4 p.m. to the custody of Rick von Geldern, a private investigator appointed to assist the defense in this matter, so that Le may visit with his mother, Mui Ly, who is terminally ill and is in the intensive care unit at Methodist Hospital of Sacramento.[1]

/ / / /
/ / / /
/ / / /
/ / / /

---

[1] A letter from Mrs. Ly's physician is attached.

The defendant is seeking the temporary release so that he may visit his mother before she passes. Mrs. Ly's physician says her death is imminent.

Dated: August 11, 2011          Respectfully submitted,

By: ___/s/ Joseph J. Wiseman___
JOSEPH J. WISEMAN

Attorney for Defendant
TONY LE


By: ___/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the United States Marshals Service release the defendant, TONY LE, to the custody of Rick von Geldern, on August 11, 2011, at 10:00 a.m. for 6 hours, so that the defendant may visit his terminally ill mother at Methodist Hospital of Sacramento. The defendant is ordered to return to the Sacramento County Jail by August 11, 2011 at 4:00 p.m.

Dated: August 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE