**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
Telephone:   530.759.0700
 Facsimile:    530.759.0800

**Attorney for Defendant**
**TONY LE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>TONY LE,<br><br>          Defendant. | Case No. CR  08 - 449 WBS<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT'S TEMPORARY RELEASE TO ATTEND FUNERAL** |

   The undersigned parties hereby stipulate and request that the defendant, TONY LE ("Le") be released to the custody of Rick von Geldern, a private investigator appointed to assist the defense in this matter, so that Le may attend the funeral of his mother, Mui Ly. The services will be held on Sunday, August 21, 2011, at East Lawn Mortuary, 5757 Greenback Lane, Sacramento, CA 95841. It is further stipulated that Le be released at 7:00 a.m. for six (6) hours to attend the services and be returned to the Sacramento County Jail on August 21, 2011, by 1:00 p.m.

///

///

///

**IT IS SO STIPULATED.**

Dated: August 17, 2011

Respectfully submitted,

By: ___/s/ Joseph J. Wiseman___
JOSEPH J. WISEMAN
Attorney for Defendant
TONY LE

BENJAMIN B. WAGNER
United States Attorney

By: ___/s/ Heiko Coppola___
HEIKO COPPOLA
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the United States Marshals Service release the defendant, TONY LE, to the custody of Rick von Geldern, on August 21, 2011 at 7:00 a.m. for 6 hours, so that the defendant may attend the funeral of his mother. The defendant is ordered to return to the Sacramento County Jail by 1:00 p.m. on August 21, 2011.

Dated: August 17, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE