```
 1  BENJAMIN B. WAGNER
    United Sates Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA   )   No. 2:08-CR-0449 WBS
                               )
12           Plaintiff,        )   GOVERNMENT'S EX PARTE MOTION
                               )   FOR ORDER AUTHORIZING THE
13           V.                )   DESTRUCTION OF EVIDENCE -
                               )   28 U.S.C. 1651
14  TONY LE, et al,            )
                               )
15           Defendants.       )
    _____)
16
```

17    Government agents executed search warrants several
18 residences in Placer, El Dorado, and Sacramento Counties between
19 August of 2007 and October of 2008.  Agents found in at least six
20 residences sophisticated indoor marijuana growing operations.
21 Each of the residences was set-up in a manner to avoid the
22 detection of neighbors and law enforcement.  The residences had
23 the electrical meter by-passed, and rooms in the residences had
24 been retro-fitted to with lights, ballasts, timers, fans, and
25 filters commonly utilized to cultivate marijuana.  Window and
26 basement vents had been sealed off, and watering systems were
27 installed during the marijuana cultivation.
28    During the execution of search warrants, government agents

1  seized much of the equipment from the marijuana cultivations.
2  Typically the equipment seized included 1,000 watt High Pressure
3  Sodium (HPS) bulbs, electrical ballasts, fans, filters, and
4  sometimes water reservoirs and pumps.  The equipment seized has
5  all been stored in a large storage space, and has all been in the
6  custody of the United States since October 2008.
7      Five defendants have been charged in this indictment.  Four
8  of the defendants have pled guilty.  The fifth defendant, Tien
9  The Le, is currently set for trial on February 22, 2012.  Tien
10 The Le's attorney, Lindsay Weston, has been provided the
11 opportunity to review all of the evidence prior to its
12 destruction.
13     The continued storage of the seized equipment is burdensome
14 to the DEA, both in terms of cost and the necessity to maintain
15 the security on the property.  Agents photographed and videotaped
16 the equipment during the execution of the search warrants and
17 have maintained copies of the photographs in evidence.
18     The United States hereby moves for an order authorizing the
19 destruction of all the stored equipment.  If any additional
20 defendants are added to this indictment pursuant to a superseding
21 indictment, the defendants will have the photographs and/or video
22 of the marijuana grow houses and the equipment seized from each
23 of the residences.  In addition, DEA intends to retain a
24 representative sample of one of each of the pieces of equipment
25 (e.g. one light bulb and light hood, one ballast, one electrical
26 panel, one fan, one filter, etc.) from each location searched.
27     Furthermore, all defense counsel in the case have been
28

notified of the government's intention to destroy the evidence discussed above and none have any objection.

  WHEREFORE, the United States requests pursuant to the All Writs Act, Title 28, United States Code, Section 1651, that this Court issue an order authorizing the destruction of the seized equipment, as set forth above.

Dated: January 5, 2012

```
                              BENJAMIN B. WAGNER
                              United States Attorney

                        By: /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney
```

## ORDER

  IT IS SO ORDERED.  The United States is authorized to destroy the physical evidence seized in the above captioned case, subject to the requirement to keep photographs of all the equipment which is destroyed, and to keep one sample of each item of equipment per grow location.

Dated: January 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE