**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**TONY LE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>TONY QUY LE,<br><br>        Defendant. | Case No. CR S 08  00449-01 WBS<br><br>**APPLICATION FOR ORDER TO RETURN PASSPORT - ORDER]** |

     Defendant, Tony Le, by and through undersigned counsel, applies for an order from this court to release his passport, No. 218838670, now held by the clerk of the court. It is requested that the passport be released to his attorney of record, Joseph J. Wiseman.

     Defendant has served his sentence imposed by the court and is currently on supervised release.  There is no objection to this request from the Probation Department. Mr. Le is making this request because his passport is his only valid photo identification.

Dated: April 30, 2013                    Respectfully submitted,

                                                WISEMAN LAW GROUP, P. C.
                                                By:    /s/ Joseph J. Wiseman
                                                    JOSEPH J. WISEMAN
                                                    Attorney for Defendant,
                                                    TONY LE

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that Mr. Le's passport be released to his attorney of record, Joseph J. Wiseman for delivery to defendant.

DATED: May 01, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE